**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2020

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Gloria Rodriguez Gonzalez et al.*
             S4 19 Cr. 536 (PKC)

*[Handwritten: Schedule approved. SO ORDERED. /s/ PKC USDJ 4-1-20]*

Dear Judge Castel:

    The Government writes to update the Court regarding the production of discovery material in the above-captioned case. Due to technical issues the Government has encountered in preparing and producing certain discovery materials while teleworking, there are two particular items of discovery that the Government will be producing to defense counsel within two weeks, rather than with today's production.

    The Government has consulted with counsel for all defendants and advised them of these technical issues and of the revised timeline for producing these discovery materials. Defense counsel has no objection.

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney for
                                          the Southern District of New York

                        By:  */s/ Juliana N. Murray*
                             Juliana N. Murray
                             Ryan B. Finkel
                             Peter J. Davis
                             Assistant United States Attorneys
                             (212) 637-2314 / -6612 / -2468

cc: All Counsel of Record (via ECF)