UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                   19-cr-536 (PKC)

            -against-                                                                          <u>ORDER</u>

DANIEL RODRIGUEZ, et al.,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        A teleconference in this matter will be held on Tuesday, August 11, 2020 at 11:00am. The call-in information for this conference is as follows:

        <u>Dial-in:</u>       (888) 363-4749

        <u>Access Code:</u>  3667981

SO ORDERED.

                                                                            P. Kevin Castel
                                                       United States District Judge

Dated: New York, New York
            August 5, 2020