UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                         19 CR 536 (PKC)

      -against-                                               ORDER

DANIEL RODRIGUEZ, et al.,

                   Defendants.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       The arraignment on the S5 Indictment is scheduled to proceed telephonically, with all defendants waiving appearance, on October 13, 2020 at 4:00 p.m. The call-in information is:  Call-In:  1-888-363-4749, Access Code:  3667981#.

       Upon the application of the government, consented to by the defense counsel, the conference previously scheduled for October 6, 2020 is adjourned to December 16, 2020 at 4:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to allow the parties time to produce and review discovery and to engage in discussions regarding a potential pretrial disposition of this matter. Accordingly, the time between today and December 16, 2020 is excluded.

       SO ORDERED.

                                                                                     P. Kevin Castel
                                                                                    United States District Judge

Dated: New York, New York
       October 6, 2020