

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 8, 2020

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> The pretrial conference originally scheduled for December 16, 2020 is adjourned to February 16, 2021 at 2:00 p.m. in Courtroom 11D. Time is excluded under the speedy trial act until 2/16/21 for the reasons set forth in the government's letter of December 8, 2020.
> SO ORDERED.
> Dated: 12/10/2020
>
> P. Kevin Castel
> United States District Judge

Re:  *United States v. Rodriguez et al.*
     S5 19 Cr. 536 (PKC)

Dear Judge Castel:

The parties respectfully request that the Court adjourn the pretrial conference, which is currently scheduled for December 16, 2020 at 4:00 p.m., to a date and time convenient to the Court in February 2021.  The parties request the adjournment to permit time for the defendants to review discovery and, in light of the current suspension of in-person court proceedings in light of the COVID-19 pandemic pursuant to the Standing Order dated November 30, 2020, to accommodate an in-person pretrial conference.

[The Government respectfully requests that time be excluded through the rescheduled pretrial conference, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to produce and review discovery and to engage in discussions regarding a potential pretrial resolution of this matter.  The Government respectfully submits that the proposed exclusion would be in the interest of justice.  The Government understands that defense counsel for all defendants consent to this request. ]

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for
the Southern District of New York

By: _____
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

cc:  All Counsel of Record (via ECF)