*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 1, 2021

> Pretrial conference is adjourned from February 16, 2021 to March 23, 2021 at 11:00 a.m. in Courtroom 11D.  Time is excluded under the speedy trial act until 3/23/21 for the reasons set forth in the Government's letter dated 1/1/2021.
> SO ORDERED.
> Dated:  2/1/2021
>
> *[signature]*
> P. Kevin Castel
> United States District Judge

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Rodriguez et al.*
     S5 19 Cr. 536 (PKC)

Dear Judge Castel:

  The parties respectfully request that the Court adjourn the pretrial conference, which is currently scheduled for February 16, 2021 at 2:00 p.m., to March 23, 2021 at 11:00 a.m.  The parties request the adjournment to permit time for the Government to produce additional discovery and for the defendants to review that discovery.

  The Government respectfully requests that time be excluded through the rescheduled pretrial conference, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to produce and review discovery and to engage in discussions regarding a potential pretrial resolution of this matter.  The Government respectfully submits that the proposed exclusion would be in the interest of justice.  The Government understands that defense counsel for defendants Gloria Rodriguez Gonzalez, Daniel Rodriguez, Anabel Colon Reyes, and Jason Martinez consent to this request.  Defendant Deejay White is proceeding on a different schedule, with a pretrial conference scheduled for May 4, 2021 and time excluded through that date.

              Respectfully submitted,

              AUDREY STRAUSS
              United States Attorney for
              the Southern District of New York

          By: *[signature]*
              Juliana N. Murray
              Assistant United States Attorney
              (212) 637-2314

cc:  All Counsel of Record (via ECF)