UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                             19-cr-536 (PKC)

          -against-                                              ORDER

DANIEL RODRIGUEZ, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The next proceeding in this case will proceed as scheduled at 11:00 A.M. on March 23, 2021 in Courtroom 11D.  To facilitate access to the Courthouse on the day of the conference, follow the instructions attached to this Order.

        SO ORDERED.

Dated: New York, New York
         March 18, 2021

P. Kevin Castel
United States District Judge

Every visitor who comes to one of the courthouses of the Southern District of New York for any reason must wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Bandannas, gaiters and masks with valves are not permitted. If a person does not have an approved mask(s), a screener will provide one.

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.