UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              19-cr-536 (PKC)

         -against-                                            ORDER

DANIEL RODRIGUEZ, et al.,

                     Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The time for defendants Gonzalez and Martinez to file motions is extended to April 20, 2021. The government shall respond by May 4, 2021.

        SO ORDERED.

Dated: New York, New York
       April 1, 2021

                                                    P. Kevin Castel
                                             United States District Judge