```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
            -v.-                                    :      19-cr-536 (PKC)
                                                    :
DANIEL RODRIGUEZ, et al.,                           :      ORDER
                                                    :
                      Defendants.                   :
-----------------------------------------------------------------------X
```

CASTEL, U.S.D.J.

1. The above action is set for trial on July 28, 2021 at 9:30 a.m. in a courtroom to be announced prior to trial.

2. The government shall file its proposed voir dire, proposed requests to charge, Rule 404(b) evidence and any motions in limine by June 25, 2021.

3. The defendants' responses to the government's submissions and any motions in limine by defendants shall be filed by July 9, 2021.

4. The government may respond to the defendants' submissions by July 16, 2021.

5. The government shall promptly confirm its consent to produce 3500 materials 7 days prior to trial.

6. The final pretrial conference in this matter is scheduled July 21, 2021 at 11:00 a.m. in a courtroom to be announced.

SO ORDERED.

_P. Kevin Castel_
P. Kevin Castel
United States District Judge

Dated: June 2, 2021
      New York, New York