UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                          19-cr-536 (PKC)

        -against-                      ORDER

DANIEL RODRIGUEZ, JASON MARTINEZ and
DEEJAY WHITE,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        There will be a status conference in this matter on June 9, 2021 at 3:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, New York.

        SO ORDERED.

                                                  P. Kevin Castel
                                                  United States District Judge

Dated:    New York, New York
             June 3, 2021