UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                                            19-cr-536 (PKC)

        -against-                                                                  ORDER

DANIEL RODRIGUEZ, JASON MARTINEZ and
DEEJAY WHITE,

                      Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        CJA, Sean Hecker, because of his schedule, is excused with the thanks of the Court from the representation of defendant Deejay White. Telemachus Kasulis is appointed pursuant to the Criminal Justice Act to represent Deejay White. The conference originally scheduled for defendants on June 9, 2021 is adjourned to June 15, 2021 at 3:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, New York. The Court will entertain Mr. Moskowitz application at that time.

        SO ORDERED.

                                                                  P. Kevin Castel
                                                            United States District Judge

Dated:   New York, New York
             June 3, 2021