UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                      :
UNITED STATES OF AMERICA,              :
                                      :
               -v.-                           :           19-cr-536 (PKC)
                                      :
DANIEL RODRIGUEZ, JASON MARTINEZ     :            <u>ORDER</u>
and DEEJAY WHITE,                          :
                                      :
                       Defendants.         X
-------------------------------------------------------------------
CASTEL, U.S.D.J.

            Because the final pretrial conference in this matter is scheduled for July 21, 2021 at 11:00 A.M., any government replies to defense motions in limine are due by July 20, 2021.

            SO ORDERED.

                                                             P. Kevin Castel
                                                    United States District Judge

Dated: July 1, 2021
         New York, New York